IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FTX TRADING LTD., ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., NORTH DIMENSION INC., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>　　　　Plaintiffs,<br><br>　　　-against-<br><br>RYAN SALAME,<br><br>　　　　Defendant. | Adv. Pro. No. 24-50186 (JTD) |

**TEMPORARY RESTRAINING ORDER**

Upon consideration of the Debtors' Motion for a Temporary Restraining Order (the "TRO Motion") filed by Plaintiffs FTX Trading Ltd. ("FTX"), Alameda Research LLC ("Alameda LLC"), Alameda Research Ltd. ("Alameda"), North Dimension Inc. ("North Dimension"), West Realm Shires, Inc. ("WRS"), and West Realm Shires Services, Inc. ("WRSS") (together, the "Plaintiffs" or the "Debtors"); and the Court having reviewed the Motion; and the Court having

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

held a status conference on the Debtors' Motion for a Preliminary Injunction and Expedited Discovery (the "P.I. Motion") on December 12, 2024 (the "Hearing"); and the Court having considered all evidence and argument presented at the Hearing and all matters of record at the Hearing; and the Defendant having consented to the TRO Motion; the Court finds and concludes as follows:

      A.      The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

      B.      Venue is proper in this District pursuant to 28 U.S.C. § 1409, and is consistent with the interests of justice, judicial economy, and fairness.

      C.      Notice of this Order is sufficient under the circumstances.

      D.      Accordingly, the Court finds good cause to issue a temporary restraining order enjoining Salame, his attorneys, agents, assigns, or any other person acting in concert or participation with him, from taking any steps to transfer, sell, spend, assign, exchange, convert, dissipate, use, move, or otherwise modify any rights related to any of his assets, without prior Court approval, until a hearing and determination on the Debtors' P.I. Motion.

For the legal and factual bases set forth in the TRO Motion, the supporting papers, and on the record at the Hearing, it is hereby ORDERED that:

      1.      With the Parties' consent and pursuant to 11 U.S.C. § 105(a) and the Federal Rule of Civil Procedure 65(b), as made applicable herein by Federal Rule of Bankruptcy Procedure 7065, Salame, his attorneys, agents, assigns, or any other person acting in concert or participation with him, are prohibited from taking any steps to transfer, sell, spend, assign, exchange, convert, dissipate, use, move, or otherwise modify any rights related to any of his assets, without prior Court approval, pending a hearing and determination on the Debtors' P.I. Motion.

2. The Debtors are relieved from posting any security under Federal Rule of Bankruptcy Procedure 7065.

3. This Order shall promptly be filed in the Clerk's office and entered in the record.  The terms and conditions of this Order shall be effective immediately and enforceable upon its entry.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

**Dated: December 17th, 2024**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE