IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FTX TRADING LTD., ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., NORTH DIMENSION INC., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>　　　　Plaintiffs,<br><br>　　　　-against-<br><br>RYAN SALAME,<br><br>　　　　Defendant. | Adv. Pro. No. 24-50186 (JTD) |

**NOTICE OF INTENT TO SERVE SUBPOENA
<u>ON NON-PARTIES</u>**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 45, made applicable to this proceeding by Rule 9016 of the Federal Rules of Bankruptcy Procedure, counsel for Plaintiffs FTX Trading Ltd., Alameda Research LLC, Alameda Research Ltd., North Dimension Inc., West Realm Shires, Inc., and West Realm Shires Services, Inc. (collectively, "<u>Plaintiffs</u>") in the above-captioned adversary proceeding, will cause the subpoenas for document production attached hereto as **<u>Exhibits 1-5</u>** to be served upon non-parties: Foris DAX, Inc. d/b/a

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Crypto.com; OKCoin USA Inc. d/b/a OKX; About Capital Management (HK) Co., Ltd.; Digital Legend Hodlings Ltd.; and Polo Digital Assets, Ltd.

|  |  |
|---|---|
| Dated: December 18, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Howard W. Robertson IV*<br>Adam G. Landis (No. 3407)<br>Richard S. Cobb (No. 3157)<br>Matthew B. McGuire (No. 4366)<br>Howard W. Robertson IV (No. 6903)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         cobb@lrclaw.com<br>         mcguire@lrclaw.com<br>         robertson@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Stephanie G. Wheeler (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Christopher J. Dunne (admitted *pro hac vice*)<br>Jacob M. Croke (admitted *pro hac vice*)<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: wheelers@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         dunnec@sullcrom.com<br>         crokej@sullcrom.com<br><br>*Counsel for Plaintiffs* |