**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>  Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FTX TRADING LTD., ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., NORTH DIMENSION INC., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>     Plaintiffs,<br><br>  -against-<br><br>RYAN SALAME,<br><br>     Defendant. | Adv. Pro. No. 24-50186 (JTD) |

## AFFIDAVIT OF SERVICE

   I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

   On December 18, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the Adversary Proceeding 24-50186 Notice Parties Service List attached hereto as **Exhibit A**:

- Order Approving Revised Briefing Schedule for Debtors' Motion for a Preliminary Injunction and Expedited Discovery [Docket No. 25]

- Temporary Restraining Order [Docket No. 26]

- Notice of Intent to Serve Subpoena on Non-Parties [Docket No. 27]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

- Notice of Intent to Serve Subpoena on Non-Parties [Docket No. 28]

Dated: December 23, 2024

*/s/ Engels Medina*
Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 23, 2024, by Engels Medina, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

SRF 84642

**<u>Exhibit A</u>**

Exhibit A
Adversary Proceeding 24-50186 Notice Parties Service List
Served via Email

| Name | Notice Name | Email |
|---|---|---|
| MONTGOMERY McCRACKEN WALKER & RHOADS LLP | Attn: Gregory T. Donilon, Marc J. Phillips | gdonilon@mmwr.com<br>mphillips@mmwr.com |
| MONTGOMERY McCRACKEN WALKER & RHOADS LLP | Attn: Richard M. Simins<br>Terri A. Pawelski<br>Spencer Osborne | jmishkin@mmwr.com<br>tpawelski@mmwr.com<br>sosborne@mmwr.com |