# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FTX TRADING LTD., ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., NORTH DIMENSION INC., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br>    Plaintiffs,<br>-against-<br>RYAN SALAME,<br>    Defendants. | Adv. Pro. No. 24-50186 (JTD) |

## AFFIDAVIT OF SERVICE

I, Sonia Akter, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 17, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Adversary Proceeding 24-50186 Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Intent to Serve Subpoena on Non-Parties [Docket No. 23]

- Amended Notice of Agenda for Hearing Scheduled for December 17, 2024 at 9:00 a.m. (ET), before the Honorable John T. Dorsey at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 [Docket No. 24]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: December 31, 2024

                                                                         */s/ Sonia Akter*
                                                                           Sonia Akter

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 31, 2024, by Sonia Akter, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

**Exhibit A**

Exhibit A
Adversary Proceeding 24-50186 Notice Parties Service List
Served via email

| NAME | EMAIL |
| --- | --- |
| MONTGOMERY McCRACKEN WALKER & RHOADS LLP | gdonilon@mmwr.com<br>mphillips@mmwr.com |
| MONTGOMERY McCRACKEN WALKER & RHOADS LLP | jmishkin@mmwr.com<br>tpawelski@mmwr.com<br>sosborne@mmwr.com |