# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FTX TRADING LTD., ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., NORTH DIMENSION INC., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN SALAME,<br><br>Defendant. | Adv. Proc. No. 24-50186 (JTD)<br><br>**Related to Adv. D.I. 42** |

### DEFENDANT RYAN SALAME'S RESPONSE TO PLAINTIFFS' MOTION TO ENFORCE THE TEMPORARY RESTRAINING ORDER

Defendant Ryan Salame ("Defendant"), by and through his counsel, Montgomery McCracken Walker and Rhoads LLP ("MMWR"), responds to *Plaintiffs' Motion to Enforce the Temporary Restraining Order* [Adv. Docket No. 42] ("Motion") as follows:

For the reasons set out in MMWR's *Motion to Withdraw as Counsel for Defendant Ryan Salame* [Adv. Docket No. 48], which is pending, MMWR is not in a position to oppose or consent to the Motion on Defendant's behalf. These reasons include the administrative restrictions on communicating confidentially with Defendant that have been imposed by the Bureau of Prisons, and the fact that MMWR has been forbidden from communicating with Defendant's wife and attorney-in-fact by her counsel.

<table>
<tr><td>Dated: February 5, 2025<br>Wilmington, Delaware</td><td>**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**<br><br>*/s/ Marc J. Phillips*                                              .<br>Gregory T. Donilon (No. 4244)<br>Marc J. Phillips (No. 4445)<br>1105 North Market Street, 15th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 504-7800<br>gdonilon@mmwr.com<br>mphillips@mmwr.com<br><br>-and-<br><br>Jeremy D. Mishkin (admitted *pro hac vice*)<br>Terri A. Pawelski (admitted *pro hac vice*)<br>A. Spencer Osborne (admitted *pro hac vice*)<br>1735 Market St., 21st Floor<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 772-7246<br>jmishkin@mmwr.com<br>tpawelski@mmwr.com<br>sosborne@mmwr.com<br><br>*Attorneys for Defendant Ryan Salame*</td></tr>
</table>