# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>   Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FTX TRADING LTD., ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., NORTH DIMENSION INC., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>   Plaintiffs,<br><br>-against-<br><br>RYAN SALAME,<br><br>   Defendant. | Adv. Pro. No. 24-50186 (JTD) |

### NOTICE OF AGENDA FOR HEARING SCHEDULED FOR FEBRUARY 26, 2025 AT 10:00 A.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801

**ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY PRESENT IN THE COURTROOM. ANY NON-PARTICIPANT MAY OBSERVE THE HEARING REMOTELY BY REGISTERING IN ADVANCE AT THE LINK BELOW NO LATER THAN FEBRUARY 25, 2025 AT 4:00 P.M. (ET).**

**To attend this hearing remotely, please register using the eCourt Appearances tool on the Court's website at www.deb.uscourts.gov.**

---

[1] The last four digits of FTX Trading Ltd.'s FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0080095.2}

**STATUS CONFERENCE**:

1. Plaintiffs' Motion to Enforce the Temporary Restraining Order [FTX Trading Ltd. et al v. Ryan Salame, Adv. No. 24-50186 (JTD) – Adv. D.I. 42, filed January 22, 2025]

    Status: This matter is going forward as a status conference.

**MATTERS GOING FORWARD**:

2. Montgomery McCracken Walker and Rhoads LLP's Motion to Withdraw as Counsel for Defendant Ryan Salame [*FTX Trading Ltd. et al v. Ryan Salame*, Adv. No. 24-50186 (JTD) – Adv. D.I. 48, filed January 24, 2025]

    Objection Deadline: February 7, 2025

    Responses Received: None.

    Related Documents:

    A. Montgomery McCracken Walker and Rhoads LLP's Motion to Shorten Response Time Regarding its (I) Motion to Withdraw as Counsel for Defendant Ryan Salame and (II) Motion to Stay Adversary Proceeding [FTX Trading Ltd. et al v. Ryan Salame, Adv. No. 24-50186 (JTD) – Adv. D.I. 50, filed January 24, 2025]

    Status: This matter is going forward.

3. Michelle Bond's Application to Intervene in Adversary Proceeding for Limited Purposes [FTX Trading Ltd. et al v. Ryan Salame, Adv. No. 24-50186 (JTD) – Adv. D.I. 80, filed February 14, 2025]

    Objection Deadline: February 24, 2024 at 4:00 p.m. (ET)

    Responses Received:

    A. Plaintiffs' Response to Michelle Bond's Application to Intervene in Adversary Proceeding for Limited Purposes [Adv. D.I. 98, filed on February 24, 2025]

    Related Documents:

    A. Opening Brief in Support of Michelle Bond's Application to Intervene in Adversary Proceeding for Limited Purposes [Adv. D.I. 81, filed on February 14, 2025]

    B. Declaration of Michelle Bond in Support of Application to Intervene in Adversary Proceeding for Limited Purposes [Adv. D.I. 82, filed on February 14, 2025]

    C. Declaration of Eric Breslin in Support of Application to Intervene in Adversary Proceeding for Limited Purposes [Adv. D.I. 83, filed on February 14, 2025]

D.    Order Granting Motion for Order Shortening Notice and Objection Period for Michelle Bond's Application to Intervene in Adversary Proceeding for Limited Purposes [Adv. D.I. 93, entered on February 20, 2025]

<u>Status</u>: This matter is going forward.

| | |
|---|---|
| Dated: February 24, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>　　　　mcguire@lrclaw.com<br>　　　　brown@lrclaw.com<br>　　　　pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Christian P. Jensen (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>　　　　bromleyj@sullcrom.com<br>　　　　gluecksteinb@sullcrom.com<br>　　　　jensenc@sullcrom.com<br><br>*Counsel for the FTX Recovery Trust* |