# SIGN-IN SHEET

JUDGE: Dorsey    COURTROOM: 5

CASE NUMBER(S): 24-50186  CASE NAME: FTX Recovery Trust v. Ryan Salame  DATE: 2/26/2025 (11:00 AM)

**PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***-

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matthew McGurre | Landis Rath+Cobb | FTX Recovery Trust |
| Brian Glueckstein | Sullivan & Cromwell | " " " |
| Marc Phillips | Montgomery McCracken | Ryan Salame |
| Sommer Ross | Duane Morris | Michelle Bond |
| Melissa Geller | " " | " " |

FTX Recovery Trust v. Salame - Case No. 24-50186

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Landis Rath | & Cobb | Landis Rath & Cobb LLP | FTX Recovery Trust | Video and Audio |
| Rick | Archer | Law360 | | Audio Only |
| Alex | Bisogno | | | Audio Only |
| Emma | Downing | Sullivan & Cromwell LLP | FTX Recovery Trust | Video and Audio |
| Clara | Geoghegan | Law360 | | Audio Only |
| Adam | Landis | Landis Rath & Cobb LLP | FTX Recovery Trust | Video and Audio |
| Mike | Legge | | | Audio Only |
| Keila | Mayberry | Sullivan & Cromwell LLP | FTX Recovery Trust | Video and Audio |
| Matthew | McGuire | Landis Rath & Cobb LLP | FTX Recovery Trust | Video and Audio |
| Matthew | Pierce | Landis Rath & Cobb LLP | FTX Recovery Trust | Video and Audio |
| Howard | Robertson | Landis Rath & Cobb LLP | FTX Recovery Trust | Video and Audio |
| Vince | Sullivan | Law360 | | Audio Only |
| Stephanie | Wheeler | Sullivan & Cromwell LLP | FTX Recovery Trust | Video and Audio |
| Alex | Wittenberg | Law360 | | Audio Only |
| Becky | Yerak | Wall Street Journal | News Corp | Audio Only |