**IN THE UNITED STATES BANKRUPCTY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>                          Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br>                          Plaintiff,<br><br>-against-<br><br>RYAN SALAME,<br>                          Defendant,<br>                    -and-<br><br>MICHELLE BOND,<br><br>                          Intervenor-Defendant. | Adv. Pro. No. 24-50186 (KBO) |

**MOTION TO HOLD MICHELLE BOND IN CIVIL CONTEMPT FOR VIOLATING
TEMPORARY RESTRAINING ORDER AND/OR FOR SANCTIONS**

1. Plaintiff FTX Recovery Trust, through its undersigned counsel, files this Motion to Hold Michelle Bond in Civil Contempt for Violating the Temporary Restraining Order and/or for Sanctions (the "Motion"), seeking entry of an order finding Michelle Bond in civil contempt and/or sanctioning Michelle Bond in substantially the form attached hereto as Exhibit A (the "Proposed Order").

**JURISDICTION AND VENUE**

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated as of February 29, 2012.

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution.

4. Pursuant to Local Rule 9013-1(f), Plaintiff consents to the entry of a final order with respect to the Motion if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

5. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

6. The statutory and legal bases for the relief requested in the Motion are section 105(a) of the Bankruptcy Code and Rules 9014 and 9020 of the Bankruptcy Rules.

## BASIS FOR RELIEF

7. This Motion is based on the Plaintiff's Brief in Support of Plaintiff's Motion to Hold Michelle Bond in Civil Contempt for Violating the Temporary Restraining Order and/or for Sanctions, the Declaration of Stephanie G. Wheeler, all evidence to be presented at any hearing(s) on this Motion, and all matters of record in the above-captioned adversary proceeding and bankruptcy case.

## RELIEF REQUESTED

8. By this Motion, pursuant to section 105 of title 11 of the United States Code and Rules 9014 and 9020 of the Federal Rules of Bankruptcy Procedure, Plaintiff requests entry of an order: (i) finding Michelle Bond in civil contempt for violating this Court's Temporary Restraining Order, entered on December 17, 2024 [Adv. D.I. 26] (the "TRO"), (ii) awarding Plaintiff compensatory damages in an amount to be determined following a full accounting reflecting the amount that Bond spent in violation of the TRO since December 17, 2024; (iii) requiring Bond to pay Plaintiff's attorneys' fees and costs, in an amount to be determined following the submission by Plaintiff of records showing the time and cost incurred in connection with bringing this Motion; (iv) ordering Bond and Salame to rescind the deed for

9800 Avenel Farm Drive, Potomac, Maryland 20854 that was recorded on February 28, 2025, which was entered into in violation of the TRO; (v) requiring Bond to provide to Plaintiff on a monthly basis copies of her and Ryan Salame's bank statements, credit card bills, Venmo payments, cryptocurrency exchange account and wallet activity, and any other documents evidencing expenditures by Bond or Salame for the period in which the TRO remains in effect; and (vi) granting such other and further relief as is just and proper.

## CONCLUSION

WHEREFORE, Plaintiff respectfully requests that this Court enter the Proposed Order, substantially in the form submitted herewith (i) granting Plaintiff's Motion; (ii) finding Bond in civil contempt; (iii) awarding Plaintiff compensatory damages in an amount to be determined following a full accounting reflecting the amount that Bond spent in violation of the TRO since December 17, 2024; (iv) requiring Bond to pay Plaintiff's attorneys' fees and costs, in an amount to be determined following the submission by Plaintiff of records showing the time and cost incurred in connection with bringing this Motion; (v) ordering Bond and Salame to rescind the deed for 9800 Avenel Farm Drive, Potomac, Maryland 20854 that was recorded on February 28, 2025, which was entered into in violation of the TRO; (vi) requiring Bond to provide to Plaintiff on a monthly basis copies of her and Ryan Salame's bank statements, credit card bills, Venmo payments, cryptocurrency exchange account and wallet activity, and any other documents evidencing expenditures by Bond or Salame for the period in which the TRO remains in effect; and (vii) granting such other and further relief as is just and proper.

Dated: April 2, 2025
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Richard S. Cobb (No. 3157)
Matthew B. McGuire (No. 4366)
Howard W. Robertson, IV (No. 6903)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email:  landis@lrclaw.com
          cobb@lrclaw.com
          mcguire@lrclaw.com
          robertson@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Stephanie G. Wheeler (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
Jacob M. Croke (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email:  wheelers@sullcrom.com
          gluecksteinb@sullcrom.com
          dunnec@sullcrom.com
          crokej@sullcrom.com

*Counsel for Plaintiff*