# Appendix A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| -against- | |
| RYAN SALAME, | Adv. Pro. No. 24-50186 (KBO) |
| Defendant, | |
| -and- | |
| MICHELLE BOND, | |
| Intervenor. | |

## REVISED CASE MANAGEMENT PLAN AND SCHEDULING ORDER

1.   This Revised Case Management Plan and Scheduling Order, by and among the above-captioned Plaintiff and Defendant (defined below, and with Plaintiff, collectively "Parties" and each a "Party") shall apply in the above-captioned adversary proceeding.

   a.   The term "Complaint" as used herein shall mean the complaint filed in the above-captioned adversary proceeding on November 4, 2024.

   b.   The term "Defendant" as used herein shall mean Defendant Ryan Salame.

2.   The following discovery and pretrial schedule shall apply absent further agreement of the Parties or order of the Court.

   a.   **Fact Discovery.**

      i.   The Parties shall substantially complete their production of documents in response to document requests served on or before November 14, 2025 (with substantial rolling productions beginning no later than October 1, 2025 in response to request that have been served to date), by January 13, 2026.

      ii.      The Parties shall provide logs of documents withheld or redacted on privilege grounds by January 28, 2026.

      iii.     Deposition notices shall be served no less than 14 days prior to the deposition date. Plaintiff and Defendant shall each be entitled to take a total of 10 depositions of fact witnesses.

      iv.     Fact discovery, including depositions, shall be completed by March 2, 2026.

**b.** **Expert Discovery.**

      i.      Plaintiff's initial expert reports, if any, shall be served by February 27, 2026.

      ii.     Defendant's expert reports—including rebuttal reports in response to Plaintiff's initial expert reports and expert reports on a subject not addressed in Plaintiff's initial expert reports—if any, shall be served by May 1, 2026.

      iii.     In the event that Defendant serves expert reports addressing a subject not addressed in Plaintiff's initial expert reports, if any, Plaintiff may serve rebuttal expert reports in response thereto by June 30, 2026.

      iv.     All expert reports must satisfy the requirements of Rule 26 (BR 7026).

      v.      Expert depositions shall be completed by August 3, 2026.

**c.** **Dispositive Motions.**

      i.      Motions for summary judgment shall be due no later than September 2, 2026, but may be filed sooner than that.

      ii.     Oppositions to motions for summary judgment, if any, shall be due within 30 days of the filing of the summary judgment motion.

      iii.     Replies in support of summary judgment shall be due within 21 days of the opposition to the summary judgment motion.

3. **Jurisdiction.** Nothing in this Case Management Plan and Scheduling Order shall be deemed a waiver of the Defendant's rights under Local Rule 9013-1(h) or other jurisdictional objections.

4. **<u>Modification.</u>**   The Parties may modify any provision hereof on written agreement or, absent such agreement, by seeking an order of the Court upon good cause shown.